GAS 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 2:55 pm, Jun 17, 2020

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | ) | (For Revocation of Probation or Supervised Release) |
| v. | ) | |
| | ) | Case Number: 2:10CR00030-5 |
| Thomas Jackson | ) | |
| | ) | USM Number: 16519-021 |
| | ) | |
| | ) | Keith Higgins |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory and standard special conditions, <u>Violations 1, 2, 3, and 5</u> of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | December 8, 2017 |
| 2 | The defendant committed another Federal, state, or local crime (mandatory condition). | February 16, 2018 |
| 3 | The defendant committed another Federal, state, or local crime (mandatory condition). | February 24, 2018 |
| 5 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | February 16, 201 |

The defendant is sentenced as provided on page <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated the mandatory condition, <u>Violation 4</u>, and is discharged as to such violation condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 7958

June 15, 2020
Date of Imposition of Judgment

Defendant's Year of Birth: 1988

Signature of Judge

City and State of Defendant's Residence:

Hazlehurst, Georgia

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

July 17, 2020
Date

GAS 245D (Rev. 09/14) Judgment in a Criminal Case for Revocations  Case 2:10-cr-00030-LGW-BWC Document 316 Filed 06/17/20 Page 2 of 2

Judgment— Page 2 of 2

DEFENDANT: Thomas Jackson
CASE NUMBER: 2:10CR00030-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>13 months, with credit for time served.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be designated to the federal facility in Jesup, Georgia. Should this facility not be available, it is recommended the defendant be designated to the federal facility in Coleman, Florida.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on      to

at      , with a certified copy of this judgment.

UNITED STATES MARSHAL

By

DEPUTY UNITED STATES MARSHAL